Case 2:16-mj-00683 Document 9 Filed in TXSD on 06/03/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-683 |
| | § | |
| TEODORO MATEO BENAVIDES | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)　There is a serious risk that the defendant will not appear; and

(2)　There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant is currently on parole for felony burglary of a habitation. He was released to parole on January 16, 2016. The instant offense occurred on May 28, 2016, while the defendant was on parole. The defendant has shown an inability to comply with supervision and is, therefore, a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      ORDERED this 3rd day of June, 2016.

                                                    Jason B. Libby
                                       United States Magistrate Judge